IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
SEP 26 2014
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | Cause No. CR 00-54-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER DENYING MOTION |
| WAYNE BLUEFORD, | |
| Defendant. | |

On September 25, 2014, Defendant Wayne Blueford moved the Court to reduce his sentence in accordance with Amendment 782. The amendment has not yet been enacted. The Court lacks authority to reduce Blueford's sentence. *See* 18 U.S.C. § 3582(c). A motion lacking legal foundation will not be held on the docket in anticipation that jurisdiction may arise in the future. Blueford may file a motion if and when it becomes appropriate.

Accordingly, IT IS HEREBY ORDERED that Blueford's motion to reduce his sentence (Doc. 119) is DENIED. The motion for counsel is MOOT.

DATED this 26th day of September, 2014.

Susan P. Watters
United States District Judge