IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

FEB 8 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 00-54-BLG-SPW -2 |
| Plaintiff, | |
| vs. | ORDER |
| WAYNE EDWARD BLUEFORD, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 146), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Wayne Blueford's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 8th day of February 2019.

SUSAN P. WATTERS
United States District Judge